UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:14-CR-8-1F(1)

FILED IN OPEN COURT
ON 1-15-2014
Julie A. Richards, Clerk
US District Court
Eastern District of NC

IN RE: :
 :
SIX-COUNT GRAND JURY : ORDER TO SEAL INDICTMENT
INDICTMENT OF JANUARY 14, 2014 :

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on January 14, 2014, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing arrest warrants for the defendants and to provide copies of the Indictment to the United States Attorney.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment upon motion of the United States Attorney.

This the  15  day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE