IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:14-CR-00008-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| GASTON L. SAUNDERS | ) |

This matter is before the court on the Government's Motion for Defendant to Secure Counsel or Request Court Appointed Counsel [DE-20]. In its motion, the Government requests that the court order Defendant Gaston Saunders to retain counsel or appoint him counsel. A review of the record reveals that attorney Joseph E. Zeszotarski, Jr. entered a Notice of Appearance [DE-21] on March 2, 2015. Consequently, the Government's Motion for Defendant to Secure Counsel or Request Court Appointed Counsel [DE-20] is DISMISSED as moot.

SO ORDERED.

This, the 9th day of March, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge