UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:14-CR-8-1-BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GASTON SAUNDERS | **ORDER** |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's proposed sealed filing made 28 March 2017 be sealed until further order of the court.

SO ORDERED.

This the **29** day of March, 2017.

                                  *Terrence Boyle*
                                  Honorable Terrence W. Boyle
                                  United States District Judge